JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR17-0312-JCC |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION TO ) MODIFY CONDITIONS OF ) APPEARANCE BOND |
| SHAWN MICHAEL SAM, | ) |
| Defendant. | ) |

This matter comes before the Court on Defendant Shawn Sam's unopposed motion to modify conditions of his appearance bond (Dkt. No. 21). Having thoroughly considered the relevant record, the Court hereby GRANTS the motion.

The Court ORDERS that the conditions of Mr. Sam's bond be modified to remove the following special condition on the date that he enters the Astoria Pointe in-patient substance abuse treatment program:

> The defendant shall participate in the location monitoring program with Active Global Positioning Technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

These special conditions shall be reinstated at the time that Mr. Sam exits the Astoria Pointe in-patient substance abuse treatment program.

DATED this 22nd day of January, 2018.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE