JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-0312-JCC |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| SHAWN MICHAEL SAM, | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date and pretrial motions deadline (Dkt. No. 49). Having considered the motion and Defendant's waiver of speedy trial (Dkt. No. 50), the Court finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for Defendant the reasonable time necessary for effective preparation due to substituted counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, review discovery, gather evidence material to the defense, investigate possible defenses, and pursue plea negotiations; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of July 16, 2018, and the new trial date is necessary to provide counsel for Defendant the reasonable time necessary to prepare for trial, considering the recent substitution of Defendant's counsel; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS NOW ORDERED that the trial date in this matter shall be continued to October 22, 2018, and that pretrial motions shall be filed no later than September 14, 2018.

Dated this 12th day of June 2018.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE