UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR17-312 JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER REVOKING RELEASE |
| SHAWN MICHAEL SAM, ) | 18 U.S.C. §§3148(b) and 3143(A) |
| ) | |
| Defendant. ) | |
| ) | |

The United States moved for revocation of defendant's release, alleging violation of the conditions of release. The defendant admitted to the violation of the conditions of release at a hearing on June 13, 2018.

Based upon all of the evidence presented at the hearings, the Court finds that defendant has violated the conditions of pre-trial release as follows:

1. Failing to comply with the Location Monitoring Program by tampering with his tracking device on May 2, 2018.

2. Committing a new law violation by driving a vehicle without a license on or about April 10, 2018.

ORDER REVOKING RELEASE
18 U.S.C. §§3148(b) and 3143(A)
PAGE -1

3. Using marijuana on or about April 12, 2018.

4. Failing to submit a urine sample on or about April 16 and April 17, 2018.

The Court finds that there are no conditions or combination of conditions which will assure that defendant will appear and will not pose a danger to other persons, if released again; and further finds that defendant is unlikely to abide by any condition or combination of conditions set by the Court.

It is therefore ORDERED, that defendant's bond is REVOKED, pursuant to 18 U.S.C. §3148(b) and that:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

///
///
///
///
///

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 14th day of June, 2018.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER REVOKING RELEASE
18 U.S.C. §§3148(b) and 3143(A)
PAGE -3