The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-312 |
| Plaintiff | |
| v. | **ORDER CONTINUING TERM OF SUPERVISION** |
| SHAWN MICHAEL SAM, | |
| Defendant. | |

The Court, having considered violations asserted in the Petitions filed by the United States Probation Office on January 23, 2020 and July 28, 2020, the Defendant's admission to the violations, and the recommendations set forth by the parties, HEREBY ORDERS that the term of supervised release that commenced on September 27, 2019, continue in full effect.

//

//

Order Continuing Term of Supervision
(United States v. Shawn Michael Sam, CR17-312) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 20th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

REBECCA S. COHEN
Assistant United States Attorney

Order Continuing Term of Supervision
(United States v. Shawn Michael Sam, CR17-312) - 2